*Pitiska, J*

*Kin. 1320*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05.21.08
```

-----------------------------------------------X
CLIPPER WONSILD TANKERS HOLDING A/S, :
ON BEHALF OF PANAMERICAN TANKERS,
INC.                                          :

        Plaintiff,                       :      08 Civ. 4712
                            ECF CASE

        - against -                       :

PERSEUS SHIPPING PANAMA,                       :

        Defendant.                       :
-----------------------------------------------X

## ORDER APPOINTING SPECIAL PROCESS
## SERVER PURSUANT TO F.R.C.P. RULE 4(C)

Upon motion of the Plaintiff for an Order appointing Thomas L. Tisdale, Claurisse A.

Campanale-Orozco, Lauren C. Davies or any other partner, associate, paralegal or other agent of

TISDALE LAW OFFICES, LLC to serve the Verified Complaint, Process of Maritime Attachment

and Garnishment, Interrogatories or other process in this action, and

Upon reading the Affidavit of Lauren C. Davies, sworn to May 20, 2008, and good cause

having been shown,

IT IS ORDERED that Thomas L. Tisdale, Claurisse A. Campanale-Orozco, Lauren C. Davies

or any other partner, associate, paralegal or other agent of TISDALE LAW OFFICES, LLC be and is

hereby appointed to serve the Verified Complaint, Process of Maritime Attachment and

Garnishment, Interrogatories and other process, including any amended pleadings filed herein, upon

Defendant herein and upon the garnishee(s) listed in the Order, together with any other garnishee(s)

who, based upon information developed subsequent hereto by Plaintiff, may hold assets for or on

account of the Defendant; and,

1

IT IS FURTHER ORDERED that in order to avoid the need to repetitively serve the garnishee(s) / banking institutions continuously throughout the day, any cop of the Process of Maritime Attachment and Garnishment that is served on any of the garnishees herein is deemed effective and continuous throughout any given day.

Dated: *May 21, 2008*

SO ORDERED,

United States District Judge