UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CLIPPER WONSILD TANKERS HOLDING A/S, :
ON BEHALF OF PANAMERICA TANKERS, INC.,
                                                            :
            Plaintiff,
                                                            :
      -against-                                                   ORDER
                                                            :     08 Civ. 4712 (LAP)(KNF)
PERSEUS SHIPPING PANAMA,
                                                            :
            Defendant.
                                                            :
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 06/19/08

IT IS HEREBY ORDERED that a telephonic status conference will be held in the above-captioned action on October 6, 2008, at 2:00 p.m. The telephonic conference shall be initiated by counsel to the plaintiff to (212) 805-6705.

Dated: New York, New York
       June 18, 2008

SO ORDERED:

*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE